Case 1:10-cv-11236-MLW  Document 86  Filed 04/19/13  Page 1 of 1

Case 1:10-cv-11236-MLW  Document 81  Filed 09/24/12  Page 1 of 7    1 of 7 pgs.

April 19, 2013
W04 D.J.

Essentially futile v caumo obtained in the United States
Opposition (Docket No. 82). This motion is hereby DENIED.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES )
            Plaintiff )   Civil Action No. 10-11236-MLW
v. )
25 Robinson Blvd. )    FILED IN CLERK'S OFFICE
    et AL(s) )    2012 SEP 24 P 1:40
        Defendant(s) )   Date: Sept 17, 2012
RICHARD C. SOUZA Jr )    U.S. DISTRICT COURT
        Claimant(s) )    DISTRICT OF MASS.

"Emergency Motion(s)"

Claimants Motion for Reconsideration, Affidavit/Declaration in Support of Motion for Reconsideration. Motion (Claimant(s)) for Stay of Disposal of Forfeiture Property. And Notice of Intent to Appeal Said Ruling by Honorable Justice Mark L. Wolf on Sept 7th 2012.

Affidavit/Motion(s)

Now comes the above named Claimant in the above referenced Civil Action and hereby moves this Honorable Court and Honorable Justice Mark L. Wolf for Reconsideration of His Honors Decision Dated Sept 7th, 2012, (filed on Sept 7, 2012 and Served on Defendant on Sept 17th 2012 at the Lewisburg USP, Said Mailing Postage Stamped Sept 10th 2012.

The Claimant has filed a Claim stating his ownership to both the 1995 Mercedes Benz SL600 and 29 Robinson Blvd. As well as establishing the fraud and deceit that was used to extort $65,000.00 from a innocent property owner Pamela Goes, as to her property(s) of 4 Seaward Lane So. Dartmouth MA & 368 Elm St So. Dartmouth MA. Your Honor recognizes the mislabeling of said Docket and therefore application for warrant of seizure and establishment Reasoning for