U.S. Appeals Court
District of Massachusetts

Motion(s) for
& certificate of Service
See Cover Sheet
total 14 pgs
+ Trust Account Statement

| | ) | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | No. 13-1723 |
| v. | ) | |
| | ) | MA Case DC No. 10-CV-1236 |
| 29 Robinson Blvd. | ) | |
| et Als  ~~Defendants~~ | ) | Date 6-25-13 |
| Richard C. Souza Jr. Claimants Owners | ) | |
| et Als | | |

September 17, 2013

Now 4th

Allowed

"Defendant(s), Claimant(s), Owner(s), Richard C Souza (s) Motion for leave to Appeal in forma Pauperis and Motion for Appointment of Counsel due to indigent Status as well as prejudice that would be caused by being forced to proceed with-out Counsel due to indigent Status of Appellee due to Government wrongful Seizure and forfeiture of Said Subject(s) properties through "Fraud upon the Court", Libel Slander and Prosecutorial Misconduct."

Now Comes the above mentioned Claimant(s)/owner(s)/defendant(s) Richard C. Souza and hereby moves this Honorable Court to Grant leave to Appeal in forma Pauperis and too order the appointment of Counsel to prosecute Said Appeal due to the Claimant(s) indigent Status and to prevent prejudice as to allow equal Justice and a fair none biased Appeal. Competent, experienced Counsel requested.

Therefore these Motion(s) Granting and order(s) are prayed for and it is here by requested that this Honorable Court Grant them as to allow Equal Justice and to